# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBERTO MANCEBO,** : | **CIVIL ACTION NO. 3:17-2046** |
| Plaintiff, : | |
| : | **(JUDGE MANNION)** |
| v. : | |
| **JOHN STEINHART,** *et al.*, : | |
| Defendants : | |

# ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Defendants' motions to dismiss (Docs. 7, 9) Plaintiff's federal claims, pursuant to Fed.R.Civ.P. 12(b)(6), are **GRANTED**.

2. Plaintiff's remaining state law claims are **REMANDED** to the Court of Common Pleas of Schuylkill County, pursuant to 28 U.S.C. §1447(c).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: July 16, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-2046-01-ORDER.wpd